**In the Interest of J.M.H., a minor.**

**P.H., Appellant,**

**v.**

**George BOYD as Juvenile Officer of the 24th Judicial Circuit, Respondent.**

**No. 61159.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 20, 1992.

Kenneth A. Suefert, Farmington, for appellant.

Shawn R. McCarver, Flat River, for respondent.

## ORDER

PER CURIAM.

Father appeals the order of the judge of the juvenile division terminating his parental rights in his son, J.M.H., born January 24, 1991. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**STATE of Missouri Respondent,**

**v.**

**Raymond Joe SUTTON, Appellant.**

**No. 60932.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 20, 1992.

Cynthia M. Howlett, Shaw, Howlett & Knappenberger, Clayton, for appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Defendant appeals following his conviction by a jury of unlawful use of a weapon, § 571.030.1(4). We affirm. We have reviewed the record and find the claims of error are without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order pursuant to Rule 30.25(b).